# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1605. BARBARA SHERROD v. VIRGINIA HELMUTH.

After a jury trial, the trial court entered judgment in favor of Defendant Barbara Sherrod. Plaintiff Virginia Helmuth filed a motion for new trial, which the trial court granted. In doing so, the trial court stated that it would not address Sherrod's motion for attorney fees and costs under OCGA § 9-11-68. From that order, Sherrod filed this direct appeal. We, however, lack jurisdiction.

In a civil case, "[t]he *grant* of a motion for new trial is not a final order from which a direct appeal may be taken." *Murray v. Rozier*, 186 Ga. App. 184, 185 (367 SE2d 886) (1988) (emphasis in original). See also *Cotton States Mut. Ins. Co. v. Bishop*, 170 Ga. App. 9, 9 (316 SE2d 167) (1984) ("A judgment granting a new trial is not a final judgment[.]") (citation and punctuation omitted). To obtain appellate review at this juncture, Sherrod was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Murray*, 186 Ga. App. at 185. And given that the order she seeks to appeal is not a final order, Sherrod has no right of direct appeal from the implicit denial of her request for attorney fees under OCGA § 9-11-68 contained in

that order. See generally *Vourvoulias v. Cash*, 372 Ga. App. 148, 150 (904 SE2d 6) (2024). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/02/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*